UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Derek Olson,

      Plaintiff,

v.

TATA Consultancy Services Limited,
and TATA America International
Corporation,

      Defendants.

Court File No. 24-cv-04666 (PJS/SGE)

**ORDER ON STIPULATION TO STAY LITIGATION PENDING ARBITRATION**

---

Pursuant to the parties' stipulation to stay proceedings pending arbitration (Dkt. No. 22), and based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. This matter is **STAYED** pending the parties' agreed-upon arbitration; and

2. The parties shall update this Court on the progress of the arbitration by June 5, 2025, or one week after the arbitration, whichever is earlier, by emailing a joint status letter to elkins_chambers@mnd.uscourts.gov.

Date: March 5, 2025

                                     *s/ Shannon G. Elkins*
                                     SHANNON G. ELKINS
                                     United States Magistrate Judge